United States District Court
for the
District of Colorado

| | |
|---|---|
| YIDAM, LTD., a Colorado partnership , | Civil Action No. 1:13-cv-01777-RM-<br>1:13-cv-01777-RM-BNB |
| Plaintiff, | |
| v. | |
| ANIL DIWAN, an individual residing in the State of Connecticut, etc.; and EUGENE SEYMOUR, an individual residing in the State of California, etc. | |
| Defendants. | |
| _____ | |
| NANOVERICIDES, INC., a corporation organized under the laws of the State of Nevada, | |
| Nominal Defendant. | |
| _____ | |

**REQUEST BY PLAINTIFF TO THE CLERK OF THE COURT
TO ENTER THE DEFAULT OF NOMINAL DEFENDANT NANOVERICIDES,
INC. PURSUANT TO F.R.C.P. RULE 55(a)**

Plaintiff in the above-entitled action, YIDAM, LTD., a Colorado partnership, hereby

requests that the Clerk of the Court enter the default of Nominal Defendant

NANOVERICIDES, INC., a corporation organized under the laws of the State of Nevada,

pursuant to the provisions of *Federal Rules of Civil Procedure* Rule 55(a), which provides

that "When a party against whom a judgment for affirmative relief is sought has failed to

1

plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

This Request is based upon the Affidavit of Cynthia Cargill submitted concurrently herewith, together with the Exhibits to such Affidavit as referenced therein.

WHEREFORE, Plaintiff prays that the default of such Defendant be entered forthwith.

Dated:   September 23, 2013

_____
LINDSEY PARLIN

South Main River Park Office
907 South Main Street
Post Office Box 4128
Buena Vista, Colorado 81211
Telephone:  719.395.8600
Telephone:  719.694.3800

Attorney for Plaintiff YIDAM, LTD., a
Colorado partnership

## AFFIDAVIT OF CYNTHIA CARGILL

I, CYNTHIA CARGILL, do hereby state, declare, and affirm as follows:

1.      I am one of the Senior Paralegals in the law offices of MARSH, PARLIN & ASSOCIATES, LLP, and am also the Paralegal assigned to the handling of the above-captioned matter.

2.      I have direct personal knowledge of each of the events and circumstances that are the subject of this Affidavit, and if called to testify with respect to these events and circumstances, I could and would testify competently.

3.      Service of the Summons & Complaint in the within proceedings were effectuated by a licensed process server upon Nominal Defendant Nanovericides, Inc., a corporation organized under the laws of the State of Nevada (the "Subject Defendant"), on July 19, 2013. The fact of such service is evidenced by the Proof/Return of Service as executed by such process server attached as Exhibit "A" to this Affidavit, the contents of which are hereby incorporated herein by this reference.

4.      I was the person in the law firm which represents Plaintiff who personally arranged service upon the Subject Defendant, and monitored the progress of such service daily until the time that such service was successfully completed.

5.      The date for such Subject Defendant within which to file an Answer or otherwise responsively plead to the Complaint has expired.

6.      No Answer or other responsive pleading, or motion, with respect to the Complaint on file herein, has been received by our office as of the date of execution of this Affidavit.

7.    The Clerk of the Court is hereby accordingly requested to formally enter the default of the Subject Defendant pursuant to the provisions of *Federal Rules of Civil Procedure* Rule 55(a).

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct, and that this Affidavit has been executed on this twenty-third (23rd) day of September, 2013, within the County of Chaffee, State of Colorado.


_____
CYNTHIA L. CARGILL

## ACKNOWLEDGEMENT

STATE OF COLORADO       )
                               )  ss.
COUNTY OF CHAFFEE      )

On September 23, 2013, before me, the undersigned, a Notary Public in and for the State of Colorado, personally appeared CYNTHIA L. CARGILL, known by me to be the person whose signature is affixed to the foregoing Affidavit, and acknowledged to me that she had executed the same.

WITNESS my hand and official seal.


_____
NOTARY PUBLIC



[Notarial Jurat]

# EXHIBIT "A"

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

**AFFIDAVIT OF SERVICE**



*156958*

Index no : 1:13-cv-01777-RM-BNB

**Yidam Ltd, a Colorado partnership**

       Plaintiff(s),

vs.

**Anil Diwan, an individual residing in the State of Connecticut, ect, et al**

       Defendant(s).



**STATE OF CONNECTICUT**
           **ss: East Hartford**
**HARTFORD COUNTY**

Eric Rubin, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On 07/19/2013 at 2:10 PM, I served the within **Summons In A Civil Action and Complaint with Exhibits** on Nanovercides, Inc. at 135 Wood Street, West Haven, CT 06516 in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of each to Jolee Criscuolo, Office Manager of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of Nanovercides, Inc., and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|-----|--------------------|---------------|-----|--------|--------|
| Female | Caucasian | Brown | 51 | 5'5" | 115 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
August 09, 2013
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires:

X_____
Eric Rubin
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

United States District Court
for the
District of Colorado

| | | |
|---|---|---|
| YIDAM, LTD., a Colorado partnership , | ) ) ) ) | Civil Action No. 1:13-cv-01777-RM-1:13-cv-01777-RM-BNB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ANIL DIWAN, an individual residing in the State of Connecticut, etc.; and EUGENE SEYMOUR, an individual residing in the State of California, etc. | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ——————————————— | ) ) ) | |
| NANOVERICIDES, INC., a corporation organized under the laws of the State of Nevada, | ) ) ) | |
| Nominal Defendant. | ) ) | |
| ——————————————— | ) | |

**REQUEST BY PLAINTIFF TO THE CLERK OF THE COURT
TO ENTER THE DEFAULT OF DEFENDANT ANIL DIWAN
PURSUANT TO F.R.C.P. RULE 55(a)**

Plaintiff in the above-entitled action, YIDAM, LTD., a Colorado partnership, hereby requests that the Clerk of the Court enter the default of Defendant ANIL DIWAN, an individual residing in the State of California, pursuant to the provisions of *Federal Rules of Civil Procedure* Rule 55(a), which provides that "When a party against whom a judgment for

1

affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

This Request is based upon the Affidavit of Cynthia Cargill submitted concurrently herewith, together with the Exhibits to such Affidavit as referenced therein.

WHEREFORE, Plaintiff prays that the default of such Defendant be entered forthwith.

Dated:   September 23, 2013

_____

LINDSEY PARLIN

South Main River Park Office
907 South Main Street
Post Office Box 4128
Buena Vista, Colorado 81211
Telephone:  719.395.8600
Telephone:  719.694.3800

Attorney for Plaintiff YIDAM, LTD., a
Colorado partnership

2

## AFFIDAVIT OF CYNTHIA CARGILL

I, CYNTHIA CARGILL, do hereby state, declare, and affirm as follows:

1.      I am one of the Senior Paralegals in the law offices of MARSH, PARLIN & ASSOCIATES, LLP, and am also the Paralegal assigned to the handling of the above-captioned matter.

2.      I have direct personal knowledge of each of the events and circumstances that are the subject of this Affidavit, and if called to testify with respect to these events and circumstances, I could and would testify competently.

3.      Service of the Summons & Complaint in the within proceedings were effectuated by a licensed process server upon Defendant ANIL DIWAN, an individual (the "Subject Defendant"), on July 19, 2013. The fact of such service is evidenced by the Proof/Return of Service as executed by such process server attached as Exhibit "A" to this Affidavit, the contents of which are hereby incorporated herein by this reference.

4.      I was the person in the law firm which represents Plaintiff who personally arranged service upon the Subject Defendant, and monitored the progress of such service daily until the time that such service was successfully completed.

5.      The date for such Subject Defendant within which to file an Answer or otherwise responsively plead to the Complaint has expired.

6.      No Answer or other responsive pleading, or motion, with respect to the Complaint on file herein, has been received by our office as of the date of execution of this Affidavit.

3

7.     The Clerk of the Court is hereby accordingly requested to formally enter the default of the Subject Defendant pursuant to the provisions of *Federal Rules of Civil Procedure* Rule 55(a).

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct, and that this Affidavit has been executed on this twenty-third (23rd) day of September, 2013, within the County of Chaffee, State of Colorado.

_____

CYNTHIA L. CARGILL

## ACKNOWLEDGEMENT

STATE OF COLORADO   )
         ) ss.
COUNTY OF CHAFFEE  )

  On September 23, 2013, before me, the undersigned, a Notary Public in and for the State of Colorado, personally appeared CYNTHIA L. CARGILL, known by me to be the person whose signature is affixed to the foregoing Affidavit, and acknowledged to me that she had executed the same.

  WITNESS my hand and official seal.



——————————————————————
      NOTARY PUBLIC



[Notarial Jurat]

5

# EXHIBIT "A"

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

**AFFIDAVIT OF SERVICE**



**\*158957\***

Index no : 1:13-cv-01777-RM-BNB

Yidam Ltd, a Colorado partnership

      Plaintiff(s),

vs.

Anil Diwan, an individual residing in the State of Connecticut, ect, et al

      Defendant(s).

_____/

STATE OF CONNECTICUT

          ss: East Hartford

HARTFORD COUNTY

Eric Rubin, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On 07/19/2013 at 2:10 PM, I served the within Summons In A Civil Action and Complaint with Exhibits on Anil Diwan at 135 Wood Street, West Haven, CT 06516 in the manner indicated below:

By delivering a true copy of each to Jolee Criscuolo, Office Manager and informing him/her of the contents.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|--------|--------|
| Female | Caucasian | Brown | 51 | 5'5" | 115 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
August 09, 2013
by an affiant who is personally known to
me or produced identification.

X_____
Eric Rubin
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

NOTARY PUBLIC
My Commission Expires: _____

United States District Court
for the
District of Colorado

| | |
|---|---|
| YIDAM, LTD., a Colorado partnership , | ) Civil Action No. 1:13-cv-01777-RM-<br>) 1:13-cv-01777-RM-BNB<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ANIL DIWAN, an individual residing in the State of Connecticut, etc.; and EUGENE SEYMOUR, an individual residing in the State of California, etc. | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| ——————————————————— ___ | )<br>) |
| NANOVERICIDES, INC., a corporation organized under the laws of the State of Nevada, | )<br>)<br>)<br>) |
| Nominal Defendant. | )<br>) |
| ——————————————————— ___ | ) |

**REQUEST BY PLAINTIFF TO THE CLERK OF THE COURT
TO ENTER THE DEFAULT OF DEFENDANT EUGENE SEYMOUR
PURSUANT TO F.R.C.P. RULE 55(a)**

Plaintiff in the above-entitled action, YIDAM, LTD., a Colorado partnership, hereby

requests that the Clerk of the Court enter the default of Defendant EUGENE SEYMOUR, an

individual residing in the State of California, pursuant to the provisions of *Federal Rules of*

*Civil Procedure* Rule 55(a), which provides that "When a party against whom a judgment for

1

affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

This Request is based upon the Affidavit of Cynthia Cargill submitted concurrently herewith, together with the Exhibits to such Affidavit as referenced therein.

WHEREFORE, Plaintiff prays that the default of such Defendant be entered forthwith.

Dated:   September 23, 2013

_____
LINDSEY PARLIN

South Main River Park Office
907 South Main Street
Post Office Box 4128
Buena Vista, Colorado 81211
Telephone:  719.395.8600
Telephone:  719.694.3800

Attorney for Plaintiff YIDAM, LTD., a
Colorado partnership

2

## AFFIDAVIT OF CYNTHIA CARGILL

I, CYNTHIA CARGILL, do hereby state, declare, and affirm as follows:

1.     I am one of the Senior Paralegals in the law offices of MARSH, PARLIN & ASSOCIATES, LLP, and am also the Paralegal assigned to the handling of the above-captioned matter.

2.     I have direct personal knowledge of each of the events and circumstances that are the subject of this Affidavit, and if called to testify with respect to these events and circumstances, I could and would testify competently.

3.     Service of the Summons & Complaint in the within proceedings were effectuated by a licensed process server upon Defendant EUGENE SEYMOUR, an individual (the "Subject Defendant"), on July 23, 2013.  The fact of such service is evidenced by the Proof/Return of Service as executed by such process server attached as Exhibit "A" to this Affidavit, the contents of which are hereby incorporated herein by this reference.

4.     I was the person in the law firm which represents Plaintiff who personally arranged service upon the Subject Defendant, and monitored the progress of such service daily until the time that such service was successfully completed.

5.     The date for such Subject Defendant within which to file an Answer or otherwise responsively plead to the Complaint has expired.

6.     No Answer or other responsive pleading, or motion, with respect to the Complaint on file herein, has been received by our office as of the date of execution of this Affidavit.

3

7.      The Clerk of the Court is hereby accordingly requested to formally enter the default of the Subject Defendant pursuant to the provisions of *Federal Rules of Civil Procedure* Rule 55(a).

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct, and that this Affidavit has been executed on this twenty-third (23rd) day of September, 2013, within the County of Chaffee, State of Colorado.


_____
CYNTHIA L. CARGILL

## ACKNOWLEDGEMENT

STATE OF COLORADO       )
                          )  ss.
COUNTY OF CHAFFEE     )

On September 23, 2013, before me, the undersigned, a Notary Public in and for the State of Colorado, personally appeared CYNTHIA L. CARGILL, known by me to be the person whose signature is affixed to the foregoing Affidavit, and acknowledged to me that she had executed the same.

WITNESS my hand and official seal.



------------------------------------------
NOTARY PUBLIC



[Notarial Jurat]

5

EXHIBIT "A"

United States District Court
for the
District of Colorado

| | | |
|---|---|---|
| YIDAM, LTD., a Colorado partnership , | ) ) ) ) | Civil Action No. 1:13-cv-01777-RM-1:13-cv-01777-RM-BNB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ANIL DIWAN, an individual residing in the State of Connecticut, etc.; and EUGENE SEYMOUR, an individual residing in the State of California, etc. | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ——————————————— ——— | ) ) | |
| NANOVERICIDES, INC., a corporation organized under the laws of the State of Nevada, | ) ) ) ) | |
| Nominal Defendant. | ) ) | |
| ——————————————— ——— | ) | |

## AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND EXHIBITS ON DEFENDANT EUGENE SEYMOUR

The Summons for the above-entitled action was received by me on July 23, 2013.

I am over the age of eighteen (18), and not a party to the within action.

I left the Summons, together with the Complaint and Exhibits to which it relates, at Defendant **EUGENE SEYMOUR**'s residence or usual place of business with Rosa Gonzalez, a person of suitable age and discretion who resides there, on July 23, 2013, and mailed a copy to the Defendant's last known address.

1

My fees are $50.00 for travel and $65.00 for services, for a total of $65.00.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated:   July 30, 2013

-------------------------------------------
RENEE M. MORRISON

## ACKNOWLEDGEMENT

STATE OF COLORADO            )
                             )   ss.
COUNTY OF CHAFFEE            )

On July 30, 2013, before me, the undersigned, a Notary Public in and for the State of Colorado, personally appeared RENEE M. MORRISON, known by me to be the person whose signature is affixed to the foregoing Affidavit, and acknowledged to me that she had executed the same.

WITNESS my hand and official seal.

-----------------------------
NOTARY PUBLIC

2



[Notarial Jurat]