**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 1:13-cv-01777-RM-BNB

YIDAM, LTD., a Colorado partnership,

    Plaintiff,

v.

ANIL DIWAN, an individual residing in the State of Connecticut, etc.; and EUGENE SEYMOUR, an individual residing in the State of California, etc.

    Defendants

NANOVERICIDES, INC., a corporation organized under the laws of the State of Nevada,

    Nominal Defendant.

---

**ORDER SETTING ASIDE DEFAULT AGAINST NOMINAL DEFENDANT NANOVERICIDES, INC. AND GRANTING EXTENSION OF TIME**

---

THIS MATTER came before the Court upon Defendants Anil Diwan and Eugene Seymour, and Nominal Defendant Nanovericides, Inc.'s, (collectively "Defendants") Motion to Set Aside Default and Request for Extension of Time to Respond, and having reviewed same, and noting that the Motion is unopposed,

HEREBY GRANTS the Motion and ORDERS as follows:

    1)    The default entered against Nominal Defendant Nanovericides, Inc. on September 24, 2013 is set aside.

2) The Defendants shall have through and including November 15, 2013 to respond to the Shareholder Derivative Complaint and Demand for Jury Trial.

DATED this 17th day of October, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge