**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13–cv–01777–RM–BNB

YIDAM, LTD, a Colorado partnership,

    Plaintiff,

v.

ANIL DIWAN, an individual residing in the State of Connecticut, individually and in his capacity as an officer of the Nominal Defendant; and
EUGENE SEYMOUR, an individual residing in the State of California, individually and in his capacity as an officer of the Nominal Defendant,

    Defendants,

and

NANOVIRICIDES, INC., a Nevada corporation,

    Nominal Defendant.

___

**ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND (ECF No. 18)**
___

    THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond ("Motion") (ECF No. 18). Upon consideration of the Motion, and being otherwise fully advised in the premises, it is

ORDERED that the Motion (ECF No. 18) is GRANTED. Plaintiff shall have until December 23, 2013 to respond to Defendants' Motion to Dismiss, and Defendants shall have 21 days to file a reply upon being served with Plaintiff's response.

DATED this 27th day of November, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge