**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01777-RM-BNB

YIDAM, LTD., a Colorado partnership,

       Plaintiff,

v.

ANIL DIWAN, an individual residing in the State of Connecticut, etc.; and EUGENE SEYMOUR, an individual residing in the State of California, etc.

       Defendants

NANOVERICIDES, INC., a corporation organized under the laws of the State of Nevada,

       Nominal Defendant.

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

Angelo Rosa, hereby enters his appearance and substitutes for counsel of record for Plaintiff, Yidam Ltd. and as grounds therefore states to the court as follows:

1. Lindsey Parlin previously entered her appearance on behalf of Plaintiff.

2. Plaintiff wishes to change counsel at this time to Angelo Rosa and hereby respectfully enters his appearance on behalf of Plaintiff.

Respectfully submitted this 7th day of February 2014

_____       _____
      ANGELO ROSA                             LINDSEY PARLIN

## CERTIFICATE OF SERVICE

I hereby certify that on February 7th, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Tamir Goldstein
> 633 Seventeenth Street, Suite 3000
> Denver, CO  80202
> *Attorney for Defendants*

> > > */s/ Lindsey Parlin* _____