**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01777-RM-BNB

YIDAM, LTD., a Colorado partnership,

       Plaintiff,

v.

ANIL DIWAN, an individual residing in the State of Connecticut, etc.; and
EUGENE SEYMOUR, an individual residing in the State of California, etc.

       Defendants

NANOVERICIDES, INC., a corporation organized under the laws of the State of Nevada,

       Nominal Defendant.

**CERTIFICATE OF SERVICE**

       Comes now, Lindsey Parlin, attorney for Plaintiff in the above referenced matter and files this certificate of service in the above captioned matter, and states the following:

       1.      This Honorable Court set a hearing for February 13, 2014 at 1:30 on the motion to Withdraw as Counsel of Record.

       2.      Plaintiff's Counsel has served a copy of the Court's Minute Order from February 7, 2014 on February 7, 2014 to the following:

       Yidam Ltd.
       PO BOX 5858
       Breckenridge, CO 80424

       Dated this 7th day of February 2014.

*Original signature on file at offices of Parlin Law P.C.*

By */s/ Lindsey Parlin* _____
Lindsey Parlin
PO BOX 1977
Leadville, CO 80461
Phone 719-486-2121

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Tamir Goldstein
633 Seventeenth Street, Suite 3000
Denver, CO  80202
*Attorney for Defendants*

*/s/ Lindsey Parlin* _____