IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01777-RM-BNB

YIDAM, LTD., a Colorado partnership,

    Plaintiff,

v.

ANIL DIWAN, an individual residing in the State of Connecticut, etc.; and
EUGENE SEYMOUR, an individual residing in the State of California, etc.

    Defendants

NANOVERICIDES, INC., a corporation organized under the laws of the State of Nevada,

    Nominal Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Yidam, Ltd., Defendants Anil Diwan and Eugene Seymour, and Nominal Defendant Nanoviricides, Inc. (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This matter has been resolved through settlement.
2. The Court in this matter is to be notified of the fact of settlement.
3. This Stipulation for Dismissal with Prejudice is to be submitted to the Court in this matter.
4. All Parties agree to waive all additional procedural requirements (if any) relevant to the dismissal of this action as a derivative proceeding.
5. Each party shall bear his/her/its own attorneys' fees and costs of suit.

DATED:	24 July 2014

ANGELO L. ROSA, ESQ.                    SHERMAN & HOWARD

Angelo L. Rosa                          Tamir I. Goldstein
P.O. Box 1605                           633 Seventeenth Street, Suite 3000
Boise, Idaho 83701                      Denver, Colorado  80202
Tel.  (801) 440-4400                    Tel.  (303) 299-8410
Fax.  (801) 415-1773                    Fax.  (303) 298-0940

ATTORNEY FOR PLAINTIFF                  ATTORNEY   FOR   DEFENDANTS
                                        AND NOMINAL DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on 24 July 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Tamir Goldstein
> 633 Seventeenth Street, Suite 3000
> Denver, CO  80202
> *Attorney for Defendants*

/s/Angelo L. Rosa