# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 13-cv-01777-RM-BNB

YIDAM, LTD., a Colorado partnership,

    Plaintiff,

v.

ANIL DIWAN, an individual residing in the State of Connecticut, etc.; and EUGENE SEYMOUR, an individual residing in the State of California, etc.

    Defendants

NANOVERICIDES, INC., a corporation organized under the laws of the State of Nevada,

    Nominal Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE
---

The Stipulation for Dismissal with Prejudice (ECF No. 34) of Plaintiff Yidam, Ltd., Defendants Anil Diwan and Eugene Seymour, and Nominal Defendant Nanoviricides, Inc. (collectively, "the Parties"), by and through their respective counsel, having come before this Court, being duly considered and submitted and good cause appearing therefor,

IT IS HEREBY ORDERED:

    1.    This matter is hereby DISMISSED WITH PREJUDICE;

    2.    All additional procedural requirements (to the extent any such requirements exist) are deemed waived and/or satisfied by the Parties; and

3.      Each party shall bear his/her/its own attorneys' fees and costs of suit.

DATED this 11th day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge